HENRY V. VREELAND, appellant,

*v.*

HERMAN HEINRICH WACHENDORF, respondent.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. John P. Lloyd,* for the appellant.

*Mr. George M. Eichler,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *101 N. J. Eq. 173.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.